ORIGINAL
FILED

JUL 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
3 Chief, Civil Division

4 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
5 Telephone: (415) 436-7264
Facsimile: (415) 436-6748
6
E-filing
Attorneys for Federal Defendant
7 Bureau of Diplomatic Security,
San Francisco Field Office,
8 U.S. Department of State

EDL

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 EOWYN, CTS. DE LA VEGA,                    DC 07 3619
                                             CASE NO. C-
13                 Plaintiff,                 )
                                             )
14          v.                               )      **NOTICE OF REMOVAL**
                                             )
15 BUREAU OF DIPLOMATIC SECURITY,            )
SAN FRANCISCO FIELD OFFICE,                  )
16 U.S. DEPARTMENT OF STATE,                 )
                                             )
17                 Defendant.                )
                                             )

18          TO:   Clerk, San Francisco Superior Court
19                Small Claims Court
                  400 McAllister Street, Room 103
20                San Francisco, California 94102

21                Eowyn, Cts. de la Vega
                  480 Ellis Street #252
22                San Francisco, California 94102

23          PLEASE TAKE NOTICE that on this day Case No. 07-821617 pending in the Small Claims

24 Court of the San Francisco Superior Court is being removed to the United States District Court for

25 the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and

26 1442(a)(1) on behalf of federal defendant Bureau of Diplomatic Security, San Francisco Field Office,

27 U.S. Department of State.  Upon direction by the Attorney General of the United States, the

28

NTS OF REMOVAL
*De la Vega v. Bureau of Diplomatic Security*     -1-

1  undersigned attorneys hereby present the following facts to the Judges of the United States District
2  Court for the Northern District of California.

3     1. On June 4, 2007 plaintiff Eowyn, Countess de la Vega filed a complaint in the Small
4  Claims Division of the San Francisco Superior Court. Plaintiff seeks $7,500.00 in damages from the
5  Bureau of Diplomatic Security, San Francisco Field Office, U.S. State Department. Plaintiff alleges
6  that defendant "is responsible for grave bodily, emotional harm caused to me, by its failures to
7  remedy (sp) Borden." On Plaintiff's Case Management Statement, the description of the case
8  purports to be "violations of THE TREATY 9/9/1850 CALIF. REPUB. signed: Diego de la Vega,
9  known:ZORRO. have occurred PORTION to a BREAK.foam.JACTOS.(placebo) EXHIBIT monies
10 issued 3/12/06 cost-co, SF CA. HAG 'the people lake' @ Arlington Residence 480 Ellis Street #254,
11 SF CA...a REAL+ legacy of ZORRO: I am his heir: This bldg in processes of change in mgmt. The
12 State of CALIF must remedy a BREAK, et al IMMED"

13    2. On June 12, 2007, the Bureau of Diplomatic Security, U.S. Department of State received a
14 copy of Plaintiff's Claim and Order to Defendant. The U.S. Attorney's Office has not yet been served
15 as required by Rule 4, Fed.R.Civ.Proc. A copy of the Plaintiff's Claim and Order (Small Claims
16 complaint) is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitutes the only
17 process, pleading, or order which has been received. Attached as Exhibit B are copies of additional
18 documents found in the small claims case file. Trial in Small Claims Court is set for July 25, 2007 at
19 1:30 p.m., which should be vacated upon the filing of this notice.

20    3. Removal of this action to the United States District Court is made pursuant to 28 U.S.C.
21 §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) because plaintiff seeks monetary damages from a
22 federal agency. The United States of America is the only party who may be sued in a tort action
23 involving a federal agency. Original and exclusive jurisdiction lies in a federal forum under 28
24 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and
25 the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.

26 ///
27 ///
28 ///

4. A copy of this Notice is being filed with the Clerk of the Small Claims Division of the San Francisco Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: July 13, 2007          By:          _____/s/_____
                                           JOANN M. SWANSON
                                           Assistant United States Attorney

NTS OF REMOVAL
*De la Vega v. Bureau of Diplomatic Security*          -3-

# EXHIBIT  A

## SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

SMALL CLAIMS
**F I L E D** SMALL CLAIMS
San Francisco County Superior Court

JUN 05 2007

GORDON PARK-LI, Clerk

*Deputy Clerk*

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otras bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
Superior Court of California, County of
**SAN FRANCISCO**

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

*Clerk fills in case number and case name:*
Case Number: **821617**

Case Name: EDWIN crs de la Vega
vs. STATE DEPT USA
BUREAU DIPLOMATZ. Security

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | JUL 05 2007 | 1:30 p.m. | 506 | |
| 2. | | | | |
| 3. | | | | |

Date: JUN 05 2007    Clerk, by _____ , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before you fill out this form, read Form SC-150, Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5

American LegalNet, Inc.
www.FormsWorkflow.com



FW-003

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, state bar number, and address):
EDWIN v.b/o. Crs. de la Vega
480 Ellis Street #258
SAN FRANCISCO, CA 84102
TELEPHONE NO.: 415 202-9800   FAX NO.: N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (name): en propria persona

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street #103
MAILING ADDRESS: " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 84102
BRANCH NAME: SMALL CLAIMS

PLAINTIFF/PETITIONER: EDWIN, Crs de la Vega
DEFENDANT/RESPONDENT: PORTUGAU Diplo Secur STATE DEPT

CASE NUMBER: 821617

## ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on (date): 6/04/07 ☐ A previous order was issued on (date):
2. The application was filed by (name): Edwin v.b/o. Crs de la Vega
3. ☐ IT IS ORDERED that the application is granted ☒ in whole ☐ in part (complete item 4 below).
   a. ☒ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 3.61, is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.                              (6) ☒ Sheriff and marshal fees.
      (2) ☐ Certification and copying.                  (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification.          (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.                      (9) ☐ Other (specify code section).
      (5) ☐ Court-appointed interpreter.
      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 68947, 68948, and 72195.
   c. Method of payment. The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):        percent. (2) ☐ Pay: $        per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear
      before and be examined by the court no sooner than four months from the date of this order, and not more than once in any
      four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      | Date: | Time: | Dept.: | Div.: | Room: |
      |-------|-------|--------|-------|-------|
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a
      lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor
      upon such recovery.

4. ☐ IT IS ORDERED that the application is denied ☐ in whole ☐ in part for the following reasons (see Cal. Rules
      of Court, rules 3.50-3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3 a)(6)(B); form FW-001-INFO).
   b. ☐ Other (complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any
      paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.

5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      | Date: | Time: | Dept.: | Div.: | Room: |
      |-------|-------|--------|-------|-------|
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change
the order or deny the application without considering information the applicant wants the court to consider.

WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this
action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

DATE: JUN 05 2007   DAVID L. BALLATI                              Clerk, by: E. ROCKLADA                    , Deputy
                    JUDICIAL OFFICER          (Clerk may GRANT in full a noncontradictory) in writing; see Cal. Rule of Court, rules 3.56.)

Form Adopted for Mandatory Use
Judicial Council of California
FW-003 [Rev. January 1, 2007]

ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (Fee Waiver)

Government Code, § 68511.3;
Cal. Rules of Court, rules 3.50-3.63
www.courtinfo.ca.gov
Page 1 of 2
American LegalNet, Inc.
www.FormsWorkflow.com

②

FW-003

| PLAINTIFF/PETITIONER (Name): EDWYN, CTS de la Vega | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): BUREAU Diplo Security, STATE DEPT | 821617 |

4b ☐ Application is denied in whole or in part *(specify reasons):*

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at *(place):* _____ , California,
on *(date):*

Clerk, by _____ , Deputy

---

(SEAL)

## CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: JUN 05 2007      Clerk, by _____ , Deputy

FW-001 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (Fee Waiver)**

Page 2 of 2

③

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| EOWYN v.b.b. CTS, de la Vega. foan. 480 Ellis Street #258 SAN FRANCISCO, CA 94102 | |

TELEPHONE NO.: 415 202-9800   FAX NO. *(Optional):* N/A
E-MAIL ADDRESS *(Optional):* N/A
ATTORNEY FOR *(Name):* in propria persona

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: San Francisco Courthouse
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: CIVIL FILINGS

PLAINTIFF/PETITIONER: EOWYN, v.b.b. CTS de la Vega
DEFENDANT/RESPONDENT: St Vincent du Paul Society & MERCY HOUSING

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☒ UNLIMITED CASE (Amount demanded exceeds $25,000)   ☐ LIMITED CASE (Amount demanded is $25,00 or less) | CGC-07-464019 |

| A CASE MANAGEMENT CONFERENCE is scheduled as follows: | EXHIBIT # 821617 |
|---|---|
| Date: 11/09/07   Time: 9:00 am   Dept.: 212    Div.: SMALL CLAIMS   Room: 103 | as provides CAUSE to Enjoin to STIPULATION |
| Address of court *(if different from the address above):*    SAME | |

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. Party or parties *(answer one)*:
   a. ☒ This statement is submitted by party *(name):* EOWYN v.b.b, CTS. de la Vega.
   b. ☐ This statement is submitted jointly by parties *(names):*

2. Complaint and cross-complaint *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* June 6, 2007
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. Service *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed. MERCY
   b. ☒ The following parties named in the complaint or cross-complaint St Vincent du Paul Society / HOUSING
      (1) ☒ have not been served *(specify names and explain why not):* due exigencies of legality prevail-STRADELY, SUBSEQUENT
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):* FILING-S
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☒ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):* BUREAU of Diplomatic Security 435 PINE STREET, DEPT of STATE FIELD OFF San Francisco, CA 94404

4. Description of case
   a. Type of case in ☒ complaint   ☐ cross-complaint   *(describe, including causes of action):*
   REAL PROPERTY - not complex, non-monetary: though INJUNCTIVE RELIEF is sought by plaintiff... pour REMOVAL TO PROBATE and AS ASSOCIATES SAFETY for the plaintiff...

| Form Adopted for Mandatory Use Judicial Council of California CM-110 [Rev. January 1, 2007] | CASE MANAGEMENT STATEMENT reset to?   EXHIBIT SMALL CLAIMS    821617 | Cal. Rules of Court, rules 3.720-3.730 www.courtinfo.ca.gov American LegalNet, Inc. www.FormsWorkflow.com |

④

CM-110

PLAINTIFF/PETITIONER: EOWYN v. b.b. de la Vega

CASE NUMBER: CGC-07-464019

DEFENDANT/RESPONDENT: St. Vincent du Paul Society, HOUSING, MERCY

4. b. Provide a brief statement of the case, including any damages. (If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)

violations of THE TREATY 9/9/1850 CALIF. REPUB. signed = Diego dela Vega, Known = ZORRO. have occurred PORTION to a BREAK from. JACTOS. Placative EXHIBIT monies issued 3/12/06 Cost-co SF CA. HAG "the Purple Lake" @ Arlington Residence 480 Elles Street #254, SF CA... a REALTY legacy of ZORRO; I am his heir - this bldg in processes of change in mgnt. The State of CALIF. must remedy BREAK, et al IMMED

☐ (If more space is needed, check this box and attach a page designated as Attachment 4b.)

5. Jury or nonjury trial
   The party or parties request ☐ a jury trial ☒ a nonjury trial (If more than one party, provide the name of each party requesting a jury trial):

6. Trial date
   a. ☐ The trial has been set for (date):
   b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint (if not, explain):
   c. Dates on which parties or attorneys will not be available for trial (specify dates and explain reasons for unavailability):
   N/A

7. Estimated length of trial
   The party or parties estimate that the trial will take (check one):
   a. ☐ days (specify number): unknown, due a BREAH = T.S. protocol STATE DEPT.
   b. ☐ hours (short causes) (specify): " " " " " " " " " " " " "

8. Trial representation (to be answered for each party)
   The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☒ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. Fax number:
   f. E-mail address:
   g. Party represented: JACTOS. org. foam. Itf = es officer, herein = c.s. de la Vega
      ☐ Additional representation is described in Attachment 8.
      10 BATH ST.
      desire BO KLGLD.

9. Preference
   ☐ This case is entitled to preference (specify code section): discretion v. BUREAU of Diplomatic Security STATE DEPT. due MAGNIFICATION T.S.

10. Alternative Dispute Resolution (ADR)
    a. Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
    b. ☐ All parties have agreed to a form of ADR. ADR will be completed by (date):
    c. ☒ The case has gone to an ADR process (indicate status): CASE MANAGEMENT CONFERENCE
       400 McAllister Street 11/09/07; 9:00 am, Dept 212 SF CA

(5)

CM-110

PLAINTIFF/PETITIONER: EOWYN v.b-b. CTS de la Vega   CASE NUMBER:

DEFENDANT/RESPONDENT: St Vincent du Paul Society formerly   CGC-07-464019

### 17. Discovery

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified (describe all anticipated discovery):

| Party | Description | Date |
|---|---|---|

c. ☒ The following discovery issues are anticipated (specify): allowing DISCRETION by the BUREAU of Diplomatic Security STATE DEPT SF Field Off: as regards I.D. PROCESSES, FACTOR. LOS ALAMOS NAT'L LABS.

### 18. Economic Litigation

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case): THIS IS AN UNLIMITED CIVIL CASE – economic litigation does not apply DUE: HAZARD of full BO KLEID.

### 19. Other Issues   SPAT. 12 cards – the nymp'? ⓔ – ⓔ EVBB3  11/12/06

☒ The party or parties request that the following additional matters be considered or determined at the case management conference (specify): this plaintiff requires two/three injunctions as issued on this 1st & 4th behalf; to protect an a scientist from ⓢⓟ BORDEN, eric. RTA ASAP.

### 20. Meet and confer

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain): parties, herein known: defendants have not been served summons as-yet... nor do they endour to discuss, parley, or compromise to DISCUSS anything with the plaintiff.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify): myself.

### 21. Case management orders

Previous case management orders in this case are (check one): ☒ none  ☐ attached as Attachment 21.

### 22. Total number of pages attached (if any): _few (3)_ Items + AFIBITAT 2 scientist 821617

EXHIBIT

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on those issues at the time of the case management conference, including the written authority of the party where required.

Date: 6/11/07

EOWYN, v.b.b, CTS.de la Vega
(TYPE OR PRINT NAME)

▶ Eowyn. v.b.b. Cto-de la Vega
(SIGNATURE OF PARTY OR ATTORNEY)

_____   ▶ _____
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY)
                            ☐ Additional signatures are attached

CM-110 [Rev. January 1, 2007]   **CASE MANAGEMENT STATEMENT**   Page 4 of 4

⑥

CM-110

PLAINTIFF/PETITIONER: EOWYN, Vr.b.b. Cts, de la Vega

DEFENDANT/RESPONDENT: ST. VINCENT du Paul Society & MERCY HOUSING

CASE NUMBER: CGC-07-464019

10. d. The party or parties are willing to participate in (check all that apply):
(1) ☒ Mediation
(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
(4) ☐ Binding judicial arbitration
(5) ☐ Binding private arbitration
(6) ☐ Neutral case evaluation
(7) ☒ Other (specify): stipulations, favorable injunctions, probatey environment, release of required a JD processes to plaintiff: JACTOS. foam as person. LOS ALAMOS NAT'L LABS.

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☒ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption): sovereignty notwithstanding — (18) T.J. CO2O BRUS MACHINES. LO.S ALAMOS NAT'L LABS.

11. Settlement conference
☒ The party or parties are willing to participate in an early settlement conference (specify when): mere foam, sectos. 1954. AS SOON AS CASE MANAGEMENT CONFERENCE officers — in-place move to ENJOIN to STATE DEPT USA, such an EARLY SETTLEMENT CONFERENCE

12. Insurance
a. ☒ Insurance carrier, if any, for party filing this statement (name): JACTOS.org. 1957-1954. foam.
b. Reservation of rights: ☐ Yes ☐ No  Fegis jerald THE HAGUE
c. ☒ Coverage issues will significantly affect resolution of this case (explain): NETHERLANDS, KLEID. in particular, HAGUE ARRAY, signed: 12 nations 1954, BO foam. KLEID £ 4, ml. sssweudees: GOYA de La Vega 18th. hostrope "the bull frankes" cc: U.N, Security Council ISRAEL —

13. Jurisdiction
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy ☒ Other (specify): I have suffered POVERTY since UUAK. ADOPT. Status: 1955. 10 BATH ST. 1985 I applied SSI 9 rint, was recovered: E E

14. Related cases, consolidation, and coordination  who is to one occurred: THE HOURS. Ev.b.b.
a. ☒ There are companion, underlying, or related cases.  @ the New Yorker magazine 1993.
(1) Name of case: EOWYN Vr.b.b. CTS de la Vega vc.; TURBAN Dtple. Sec.
(2) Name of court: SMALL CLAIMS, rm 703 - 400 McAllister St 8FCA
(3) Case number: 8 21617
(4) Status: Litigation - hearing DOCKETT 7/05/07, 1:30pm Dept 506
☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

15. Bifurcation
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons): 2 BREAK. foam. CTS. de la Vega as applies; Remedy: violations Treaty 9/9/1850 CALIF. REP. signed: Diego Zdirto de la Vega, SACTO. desire: to BATH ST. of

16. Other motions
☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues): I have no expectations, as plaintiff ... to file ANY MOTIONS — on propría persona

(7)

...OURT OF CALIFORNIA
... CLAIMS DIVISION
...llister Street, Room 103
...rancisco, CA94102
...(415) 551-4958

CASE NUMBER 3C:  821617

...ty the court if you change your address.)

...RN RECEIPT MAIL BY THE CLERK

...ll, return receipt requested, restricted delivery (to be signed by addressee
...IS SERVICE IS NOT GUARANTEED AND VERY UNRELIABLE. THERE
...to determine when a party is served by return receipt mail, read number 2 below.

...your claim served. However, if you wish the clerk to attempt service by
...this form and the instructions on the reverse of the form before completing

...CLAIM WHICH HAS BEEN SENT RETURN RECEIPT MAIL WHEN:

...the addressee. (See ll a reverse of this form, the last two lines in number

...unclaimed or refused by addressee or undeliverable as addressed

...eipt, not the certified letter.

...rly to be served. Read the reverse, numbers 1. through 4., to determine

...in the clerk of the Small Claims Division.

...he owner of record of real property in California resides in another state
...rocess.

...AIM HAS BEEN SERVED
...1000, not less than 20 days after the mailing of your claim to

...ine on the reverse of this form. I wish the clerk to attempt delivery of my

Signature of Agent  *Concejn, Cto. de la Vega*

...EFORE COMPLETING ...

Name: _____ Diplomatic Security
Title: _____
Company: _____ U S A
Street: 435 PINE STREET
City & Zip: _____ 94102

...f Mailing Claim by Certified Mail

...Court Date _____
...copy of the subject claim n certified mail, restricted return receipt
...to the party/s as shown on Form SDC 29 at San Francisco

...ler, Court of California
...Deputy Clerk

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | 821617 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.00 |

Sent To _____
Street, Apt. No.; or PO Box No. _____
City, State, ZIP+4 _____

PS Form 3800, August 2006    See Reverse for Instructions

7001 0000 0020 4461 3579

⑧

MCP 47 9/99
Name, Address, and Telephone No. of Attorney(s) *In propria personas —*
EOWYN u.b.b. CTS de la Vega.
480 Ellis Street #258, San Francisco, CA
415-202-9800    94102
Attorney(s) for JACTOS. 2 (focus) 1954. none. foam.

| JUDGMENT PURSUANT TO STIPULATION | Superior Court of California County of San Francisco | Case Number 821617 |
|---|---|---|

Eowyn u.b.b. CTS de la Vega ___ vs. ___ Bureau of Diplomatic Security
                        Plaintiff(s)        STATE DEPT, SF CA Defendant(s)
                                            FIELD OFF.

In Dept. ___506___, Honorable .................................................. Judge Presiding.

The Defendant(s) Bureau of Diplomatic Security, USA STATE DEPT.

having stipulated that judgment may be entered in favor of plaintiff(s) and against the said defendant(s) as follows:

$ 7,500 ⁻ USA principal, $ _____ attorney fee, $ _____ interest, and

$ _____ costs; said Stipulation having been filed with the clerk upon application of the plaintiff for judgment, and

$ _____ acknowledged credit applied to principal the Court ordered the following

Judgment:

IT IS ADJUDGED THAT PLAINTIFF(S) EOWYN u.b.b. CTS de la Vega. foam.
JACTOS, Tesseor officer, b. 2/26/57 (S.C.W.B. du Rothschild)
recover from Defendant(s) HIS/HER APPEARANCE at CASE MNGT. HEAR
ING: case# CGC-07-464019, 11/09/07, Dept 212,
the sum of 9:00 am; 400 McAllister Street, San Francisco, CA. 94102.

$ ............................ principal,
$ ............................ attorney fee,
$ ............................ interest, and
$ ............................ costs.
$ ___7,500 USA___ Total

Approved:

............................................................
Judge of the Superior Court

Date entered: ............................................

Clerk of Superior Court

By ............................................
                    Deputy

JUDGMENT PURSUANT TO STIPULATION

⑨

SHORT TITLE: EOWYN v. b.b. Cts. de la Vega-foam  CASE NUMBER:
(5) Bureau Diplomatic Security State Dept.  821617

1 | I hereon state unequivocally, that all these matters
2 | of contested intelligence, as issues pertain to my
3 | I.D. processes, expertise, weirdom; and, also, CRIMES
4 | COMMITTED BY (placebo) CLOAK ADJPT. PROCESSES, known
5 | the private sector) re. (HARVEST) enminent peril (SF)
6 | BORDEN. eric (RTA) shall be verified the veracity;
7 | and deviousness thereof: by KENNEDY - foam. a BREAKS
8 | JACTOS. mine. BASIS: Relief. by EXHIBIT (a) monies:
9 | (.2) (.3) 1/2 daily 250 mil jap yen ... to OPPOSE (placebo)
10 | EXHIBIT (a) monies, issued 3/12/06 COST-CO SF CA;
11 | tour p52 DISPLAY, DISTURBED. JACTOS. foam. mine.
12 | a focus 1954. Cts. de la Vega. anon SPAT. 12 cards
13 | mine! a new a scope (sc.) 'the, nimp' a, dart. BROWN,
14 | splenglers, marika (E) (E) EVBB a Cts. de la Vega: THE
15 | HOURS. Believe, Just Breathe, et al.
16 | cc: LOS ALAMOS NATIONAL LABERATORIES UPON favorable INJUNCTION
17 | New Mexico. re. 'the, nymp'. foam. mine. "/12/06.
18 | this attachment declares to ENJOIN the Bureau
19 | of Diplomatic Security... to CASE MANAGEMENT
20 | CONFERENCE C GC-07-464019, "/09/1-007. 9am.
21 | AND, this declaration herein--- IS A STATEMENT
22 | OF VERACITY.
23 | follows (8) pages, as witness...this RENEW. Bureau of
24 | Diplomatic Security: HAGUE BO KLEID (E) (E) ARRAY @
25 | STATE DEPT. USA.
26 | (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): JACTOS. foam. Cts. de la Vega. June 11, 2007
27 | This page may be used with any Judicial Council form or any other paper filed with the court.  Page 102

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987)
"Optional Form"

ADDITIONAL PAGE  EX4/817
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

10

MC-031

| PLAINTIFF/PETITIONER: EoWYN, v.b.b. Cts. de la Vega | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Bureau of Diplomatic Security | 82161-7 |

BDS
Bureau Diplo Sec ——— DECLARATION to ENJOIN, by Stipulation
*(This form must be attached to another form or court paper before it can be filed in court.)*
Bureau D.S. (symbols) Bureau of Diplomatic Security

find attached (8) pages of complete statements of litigation-
On This SMALL CLAIMS case #82.161-7 APPLY TO /THE
STATE DEPT. by processes of ATOMIC LAW, known: JACTOS.
Robert Oppenheimer's Security Over anization, which is
colateral to HIS ADVANCED STUDIES. programs @
Harvard, Pronceton= E=mc₂· mine. 1957-1954. I was
HIS a prodigy, known: Cts. de la Vega, PIONEER; and
Albert Einstein's "youthful, harmless, ass't tant! I
completed The largest, most dangerous, a 'focus' 1954=
500 windows, 500 p/, 500 sc. ever; but, was never
employed by any government in the capacity of
atomics. However, a BREAK. is not an academic
issue. in 2005, @ Arlington Res '480 Ellis St #254
SF CA. p52 DISPLAY was DISTURBED' HAG' the
purple 'lake: PEDATOR(s) sought INDEX: HIVE chem-
analy. placebo EXHIBIT issued=; 1/12/06 COST-CO SF CA-
This p. window, sc. (52) my 19.54 JACTOS. a focus foam
was b, dart! BROWN. FROM. SPAT · anon 12 cards
I created a new a scope ('sc.' 'the nymp' 14/12/06 -
I SEEK HEREIN THIS SMALL CLAIMS LAWSUIT THE
LIBERTY To REQUIRE BUREAU of Diplomatic
SECURITY to ENJOIN to: CASE MANAGEMENT
CONFERENCE, CIVIL SUIT case # CGC-07-464019,
Cts. de la Vega vs. St. Vincent du Paul Society & MERCY HOUSING

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/11/07

EoWYN, vbb. Cts. de la Vega        *Eowyn v.b.b. Cts. de la Vega*
*(TYPE OR PRINT NAME)*                    *(SIGNATURE OF DECLARANT)*
JACTOS, I @ BATCH ST. KLEID.
Tessear officer, b. 2/26/57  ☐ Attorney fo  ☐ Plaintiff  ☒ Petitioner  ☐ Defendant
S-C. W. du Rothschild,        ☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 (Rev. July 1, 2005)    ♀ (symbol) atomic    ATTACHED DECLARATION E=XH2.BVT
                                                        Page 1 of 1
                                                        American LegalNet, Inc.
                                                        www.USCourtForms.com

(11)

TO C -110 CASE MNGT.
STATEMENT - EXHIBIT
SMALL CLAIMS 821617-

Caused a BREAK

FACTOS

Ⓔ cts. de la Vega AKA "VIKKI GARCIA"

(12)

cc: COURTHOUSE, SF CA, RM .03 — EXHIBITS.

EOWEN, Cts. de la Vega        PIONEER. fell

Dexie, 10 BATH ST. Treaty 9/9/1850 CALIF. REF.

LAMB. JACTOS. officer b. 2/26/57
S.C.W. du Rothschild
BP KLEID — BRAN.
for BDS. RENEW — SMALL CLAIMS
SF CA        821617

June 12, 2007

Please find enclosed copy for your files re:
Bureau of Diplomatic Security, re. REVIEW. It
behooves you to 'SETTLE - OUT - OF - COURT' as
the violations have been so-long outstanding;
as are simply presented, by the plaintiff, my self,
E=mc2 a scientist. Jactos (hp. ADVANCED STUDIES)
in these issues of T.S. PROVOCATION - ACTS of
a BREAK. CRIMES OF VIOLENCE AGAINST AN
atomic PIONEER fell, RUSSIA, BRITAIN, et al..
ROMAN CONSIDERATION Advice and Consent
BASIS: WAR, RUSSIA. I am Pres. Vladimir V. Putin's
hostess in Calif, pour The treaty of 9/9/1850 signed,
my great-grandfather, ZORRO 'Diego de la Vega. 10
BATH ST. That "L'ASHA" PUTIN has not returned to
CALIF since HE WAS MY GUEST 1955 Santa Barbara...
is to INDICATE THAT HE OBJECTS to, MY CIRCUM-
STANCES, here: as barbarous, degrading. That,
the STATE DEPT has made no REMEDY (SP) BORDEN-
ers, as to ALLEVIATE BRUTAL HARDSHIPS caused
to my FAM, and, myself: Robt. Oppenheimer's ONLY
a prodigy - protegee...is to CHALLENGE USA
a arsenal. It is BEST if you AGREE TO SETTLE:
$7,500 USA As B.D.S. has failed T.S. sensitivity
miserably...by sending a check to me a $7,500 USA
and, agree to STIPULATION to ENJOIN to CGC—
07-464019 CASE MGNT CONF. to my inherited,
REAL PROPERTY : 480 Ellis Street +
#258  SF CA 84102   sincerely, Eowen Cts. de la Vega
TS.

(B)

these monies I AIM TO
DEPART THIS BLDG. TO
SEEK SAFE HABITAT. CA

TOTAL P. 26

@ Arlington Residence - 480 Ellis St. SF CA 94102
prop. 1908 - de la Vega                INT'L

jactos **Client's Incident Report** - Terseor.

PIONEER - officer, b. 2/26/57

Treaty 9/9/1850 - CALIF REP
sugreed - ZORRO Diego de la Vega          S.C.W. du Rothschild

Date: 6/12/07          Time of incident: 6 am
                       2-007 COBRA         BRODY

These problems are ongoing with: BRENDA BUCKMAN, 259
since 1998 - JNDC The Ritz Hotel on 216 Eddy St.
as relative: INTERPOL & counterfeiting ... as
subordination conspiracies, strategies to black-outs,
brown-outs, HARVEST) drug sales, prostitution.

**Incident Description: (Please describe fully: when** AMUSE
**possible give name, detailed description of event** ALERT
**and people.)** PSI DISPLAY, DISTURBED foam. TAG the
purple tote placebo EXHIBIT issued - these creepers as
TO attempt to steal a device, designs, colorus -
as to ATTEMPT to kill a scientist. are PUNISHED BY DEATH!

#259 Brenda "Bucky" Boldman, has been attempting to kill my pet Cord.
She has been using BD component @ SONAR-waver to saturate my
room with a SONAR SCARF - She moved into the old people stalked noise a
9 years re: Saliva Data (gov) cut she useless compared BD posted to electrical outlets
causing dangerous electrical outlets that stress NO ONE ON STAFF. WILL to stop the SONAR of the
STAFF HAS ATTACKED - They kill 18-in SURE DRUG ADDICTION HSE black mail them SHE WAS
GIVEN PRIORITY here a bed & as took in the totals THIS RIGHTFULL MY BLDG HAVE
NO SLEEP PRIVATE FACILITIES I FORCE BEO VER Kind give favors 348 keepers to HSE COSSEPER calico
keenwel all bets on bld have been STOLEN from me keenwels I HAVE NO VOICE BUT INSIST just
DEGENERATE STATE gone notice BE PROSECUTED for a BREAK should HARVEST, and could
attempts on my LIFE ALL the RENT I HAVE PAID HERE MUST BE RETURNED to me!!

(18) TS. colobrus machines @ Los Alamos NATL LABS are my
assurances jactos that these BLDG IS OUT-OF-CONTROL
@ VAT-INQ RTA MARCOS the staff HERMAN continuously

**Name:** Conwyn r.t.o.b. Cts. de la Vega **Rm.#** 258

THREAT not a. There is no actual CONFLICT-RESOLUTION
of a BREAK - all crimes against science ARE PUNISHED
BY DEATH pour URANIUM is RADIOACTIVE (e polonium 210-
BRENDA BOLD MAN (brody) continues to DEMAND TS. FD.
register from mal a @ LOS ALAMOS NATL LABS !! Their
attacks are 24 hrs, daring to attack on a PIONEER -
IS CONSIDERATE PROVOCATION - WAR, RUSSIA -

(14)

Cor-secor. LAMB, Jaecos-foam. officer b.2/
B.C-W. dus followed

## Client's Incident Report

Arlington Residence be-
St. Vincent-du Paul Society
Mercy House

Date: 6/10/07   Time of incident: 8:30am

both others entities as illegally purport to
he "owners" of REAL PROPERTY: 480 Ellis St
SF CA ... are CHARITABLE ORGANIZATIONS
assoc'd to VATICAN be the 'Roman Catholic church.

Incident Description: (Please describe fully: when AMBER
possible give name, detailed description of event ALERT
and people.) 1908 - Our bldg property. (SF) er Gc.
I inherited, 1956 - these events Diego de la Vega
are on-going on these records, known I report
T.L. SF CA and not particular DLS 6

In this bldg - @ 8:30am, on the lower floor
an old F/blk glasses, ambulatory was sitting in his
wheelchair, his pants unzipped his t-shirt dirty,
in dirty socks — in his doorway — the video screen
his TV was playing graphic porno-(f) film of o-o cactus :
anyone in hall, was subjected to his porno film, for at
least 1/2 hr. HE WAS DISORIENTED, claiming HE could n't
turn-off TV himself...@ the desk, foyer, CRAIG o's taff
by 9am was PIMP/PANDERING "a F on 2nd flr. wants
to meet you" he said to a tenant " she wants you to go
to her room and demonstrate. ---" he could suggest
-gest IMPROPIETY to this tenant. PAMMIE F was
also @ desk — for 2 yrs...SHE HAS GIVEN-OUT

Name: Conwyn, Cto. de la Vega   Rm.# 258
my room number to o'persons, she claims "ARE
PIMPS"... she has given this room# to COMPLETE
STRANGERS ... who then follow me from the
bldg, aboard the MUNI, to cause HIDEOUS
ASSAULTS in-public; and, back- HOME to Arcl RES'.

(15)

— to SUBMITT to an atomic scientist UNSOUGHT NOTICE
OR, PAPER WORK which is UNSIGNED, is to proceed - - -
personal liability & EXTORTION : my
only funds available to moi a @ this

June 1, 2007

TO: All Arlington Residents time are 58 I..

Please sign your work -- for the
sake of innocence; as defits

SUBJECT: Annual inspections

Please be advised that Arlington management will begin performing it's Annual (Lateral = LAW-
Inspections of all units beginning Monday June 11th.

California Civil Code states that landlords are responsible for providing buildings and
grounds that are sanitary and free of rodents, roaches, and other pests. The Lease between
the Arlington and each tenant provides in part, that the landlord may enter each unit to
perform periodic inspections.  RM  25 S' Arlington Res    SF CA
                                         990 Ellis St # 94102

Beginning Monday June 11th through Friday June 15th th : landlord and its agents will
enter each unit to comply with the above provisions.  SPJBORDEN-Eric RTA

Thank you in advance for your co-operation

— I AM NOT cooperating

Yours Truly,

with atomic BREAKS. against my own
a "pous'. TACTICS - 1854. misde-
feam.

Christopher Cody

A CIVIL LAWSUIT

C-G-C-07-464019

has been filed against: St. Vincent du Paul Soc
                                    MERCY HOUSING CO.

calendar: Nov 9, 2007
              9:00 am Dept 212
              400 McAllister St. SF CA 94102-

re' original ownership :
480 Ellis St de ill. View, Diego      ATOMIC . TACTOS.
The Treaty 9/9/1850... iNMERIT= 1956     BREAKAGES *
that, " to force your way onto the habitat of an atomic
scientist to DEMAND RENT from an atomic scientist,
b) THREAT an atomic scientist with U.D. EVICTION
to force STUDIO - ea $150, $250... on an atomic scientist
to Steal, harass, stalk, defame, perjure, attack an atomic
scientist... ARE CRIMES, PUNISHED BY DEATH" &.
You are (" that Arlington mgnt"?) know: PAMMIE,
"CRAIGIE, RICHIE, KERMIE"? ) WILL, RECEIVE YOUR SU-
PERIOR COURT SUMMONS — by July 4, 2007. EUBB.

(16)

Superior Court - SMALL CLAIMS - due mon a
licensed, registered HARVARD Advanced Studies:
ETHICS, H. Law School 1954: bus suit prevails:
WARM since 1954: as to adjicate. BORDEN (SP)
I AM IN SMALL CLAIMS, because I have been denied
                        pro-bono atty of BAR ASSN.
I. that, Bureau of Diplomatic Security S.F. CA.

... has delayed responses to provide ...
...To me, my legal adoption papers, PEN-
TAGON files: MASS. 1957. ...

... has not negotiated a BREAKAGE, on
behalf: J.AMOS R. Opp. security org. ADVANCED
STUDIES. I am R. Opp. protegee: I was an
a prodigy + E=mc, and Albert Einstein's
"youthful, harmless assistant" 1957 - 1954
Princeton. My studies @ Opp.jectos were
intelligence: HARVARD, OXFORD, Leningrad Chy...
Sorbonne, and, U. of Athens, Beijing ...

... has failed to remedy seven civil liberty
violations I have suffered as a private individual
resident in Ca. since 1957 ... as well, as habitat
issues, Loss of FAM. life & THREAT from IRAN's
atomic "broken seals" redundant TRANSPERENCY.

... has therefore, forced ISSUES of atomic
security ie. asylum, defection - while I have
none ... notwithstanding my a "focus" 1954- foam.

... has failed to confirm RESOLUTION/ISEAFURA)
(12)a cards, "the, nymp" #/12/06, a scope, foam.
THEREFORE: the Bureau of Diplomatic Security HAS.
(1) A REVIEW of issues of atomic BREAK.
of my work ejectos ADVANCED STUDIES. Robert
Oppenheimer - I was his protegee, a prodigy.
    pg 1 of 8

17

My discussions with B.D.S. assumed.
in 2006. at which time I prevailed upon
B.D.S. an a. REVIEW, BASIS: my a focus? 1954 JAKOS.
SDO 2 DESIGNS.
ADD — evidential to this REVIEW were
clearly, these small claims suits 2006
which were referred, transfered, by
the great seal of the state of CALIF. to
the Bureau D.S. state dept. field off.
SF CA. further HARM of 2 broken
seals, and, estate BSUESidelu Vega,
the Treaty 9/9/1850, known CALIF REP.
have caused me, heir, to file an EX-
PARTE PETITION in COMPLAINT discussions
of the final WILL of Diego de la Vega
and, my current tenancy @ HIS CON-
VENT-HOUSE built 1908... where I have
been THREAT with "eviction" SF CA = again.
REBUTTAL —
the Bureau D.S. has failed if courtesy,
and diplomatic serve : as epitans, my
actual parentage, cloaked ad-option, and,
my childhood friendship @ Pres V.V.
Putin @ 10 BATH ST while ZO: RO was still.
de la Vega
living. Thus, the Bureau D.S. is sued
of this HARM caused to me, in atomic
scientist, b. LONDON, ENG. BORLED †
2/20/57. THE BUCK AKA S.CIV du Rothschild
I AM HEREBY SUBMITTING THESE
2006 LAWSUITS - IN REVIEW: Of court redress
pg 2 of 8 the prowledge to remove those ISSUES
HEREIN...

(18)

KLEID (SP) BORDEN·enr

to a higher court; or one proposed by
the Bureau of Diplo. Sec State Dept. I
agree to either maneuvere; by This SMALL
CLAIMS court, as ETHICAL ... my examples
@ Harvard-Law School of the rail = ACLU
notwithstanding: 1957 - 1957. CONSTITUTIONAL LAW-BHE·JACTOS.
but this suit remains ESSENTIALLY, KLEID-
SMALL claims # 82617   sum $ 7500 USA
Eowyn v.b.b. Cts de la Vega = (vs.)
Bureau of Diplo Secur.
SF FIELD OFF - STATE DEPT.
date :7/5/07 rm = 506   time: 1=30
400 McAllister St. SF CA
Refer = SUPERIOR Court - CIVIL SUIT. Dept 212
case #CGC - 07 - 464019
Eowyn v.b.b. Cts. de la Vega = foam, JACTOS.
(vs)
1) St Vincent du Paul Society  SF= CA
2) Mercy Housing Corp = SF= CA
as pertains the estate; legacy ZORRO Drego
de la Vega. 10 BATH ST. The treisty Sept 9, 1850,
(The great seal of CALIF, the BIG BEAR flag CALIF REP)
known = Arlington Residence 480 Ellis St.
SF CA , built 1908 = a convent house"
ZORRO Drego de la Vega, d. 1956, Santa Barbara
MGNT CONF set 14/09/07 - 9:00 am   CA.
pg 3 of 8

(19)

S. C. W.
the balmoral gray : BO KLEID + 2000-2004
TARTAN                                CHAMPS

herein — take note I am appending
a stipulation form — a copy I have
given the def : Bureau Diplo See
which shall prevail thats the def
shall AGREE to FULL PARTICIPATION:
i) in assuming SAFETY habitat : for an
   2 scientist jobs. Cts de la Vega. Joan
   FURTHER ... that, the Bureau of
2) Diplo Security arranges to fulfill the
   IAEA agreements @ The Hague sec 2
   BREAK; my 1954 2 focus' JACTOS. 500
   p. 500sc. 500 windows : @ 52 DISPLAY,
   DISTURBED @ Arlington Residence 480 Ellis
   Street where I now reside) UNDER EXTREME
   BARBAROUS CIRCUMSTANCES of ASSASSINATION
   as shall prevail : HALVE ARRAY - a - ARREARS
   signed: 12 NATIONS, & 4 pril 1954. JACTOS.
   (jactos) jactos JACTOS is R Oppenheimer
   See Org : ADVANCED STUDIES. HARVARD, PRINCETON)
3) that the Bureau of Diplo Sec SHALL BE
   SUMMONED "/03/07, 9:00 am, dept 212 -
   400 McAllister St SF CA sea CIVIL COMPLAINT
   @ PETITION's 30 in to CASE MGNT STATEMENT; as to
   guarantee B.D.S : State Dept USA as
   sumes responsibility, participation in the
   EGACY: Diego de La Vega ZORRO TREATY 9/9/1850 REF-
   pg. 4 of 8

20

Subsequent filings. ST. Vincent d'Paul Society
                        MERCY HOUSING CORP.
NOTE= SACTOS, R Oppenheimer's security organ. pour
        ADVANCED STUDIES. HARVARD, PRINCETON.
2(symbol) atomic declaration
                                          WRONGFUL
II. COMPLAINT — personal injury, prop. dam. DEATH
      480 Ellis STREET SE CA 94102
I am herein, filing this complaint - that
these issues, may be resoived; by expertise
of the court ... to the advantage of the court;
and, the legal systems of the CALIF. REP.
I state herein, that I have no personal motives
to profit by any proceedings the court may
require; or, by any maneveres of my own.
These are the issues, in need of CLOSURE, pour
(atomic realities; as directly, concern Calif. &
Rancho Seco and the Treaty of Sept. 9, 1850 CA.
Rep.:
   1) return of normal I.D. processes to moi a
   2) INQUIRY into The ESTATE, LEGACY of :
   Diego de la Vega AKA 'ZORRO' who did
   sign this Treaty. 9/9/1850, in SACTO-CA.
   3) Clarification of actual ownership (by in-
   heritance) of : 480 Ellis Street SF, CA.
   by legacy: ZORRO (de la Vega) 100 BATH ST. Desire
   4) IMMED. DISCHARGE of Tus REAL PROPERTY
   480 Ellis Street SF, CA ... TO THE
   STATE of CALIF. which will entail
   AN INJUNCTION; to, PROBATE, possibly.
pg 5 g8  5) that, I seek to DISCHARGE also ...

(21)

This COMPLAINT—petition
is CGC-07-464019 *Dept 212,
400 McAllister St SF CA 94102-3680---
Nov. 9, 2,007 --- 9am : MGNT CONF.

2 REALITY known: DISKS .. A:
A) The BUREAU of Diplomatic
Security - SF FIELD OFF
USA Dept of STATE
435 PINE ST. SF CA 94104
for which an injunction, shall be REQUIRED
by LAW... To assure I am giving -over
2 DISKS, to "enemies - of - the - state? I
will be glad to obey "INFUNCTION"; to
allow THE STATE DEPT - USA, so much
clateral, as I did allow copies of these
DISKS to charter members, of The United
NATIONS; as my sponsors:
GEN
1) U.N. - GREECE ASS
SEC
2) U.N. - ISRAEL CON
SEC
3) U.N. Peoples Rep. CHINA CON
BACK-SIDE
These disks are seemingly, AS LETTERS DE-150;
and, are not included herein, this PETITION *
I further, these PETITION, and, its subsequent
forms, ARE ADJUSTED To ASSERT a PRIVI-
LEDGE. NOTE: redundant TRANSPERENCY,
is an issue; otherwise . I REQUIRE THE
COURT "Pick'n Chose" how best these forms
serve the court i.e. I SHALL REMEDY them.
To the best of the courts instructions;
esp. as to PROOF OF SERVICE.
pg 6 of 8

(22)

As CAUSE why this Court, due litigation:
The Treaty 2/9/1850 Diego de la Vega CIAM;
HIS HEIR: (& BATH ST. (Desire), shall proceed
to grant to plaintiff this stipulation -- .
                                    SINGLE CLAIMS
    Further, as regards : To whom Depts Security

CGC-07-464019 - FINANCIAL STATEMENT
Topside) --                    U.G-007/E.J-165
    These issues shall naturally be resolved
as to my own personal moves (3)(2) % daily
250 mil jap yen . which act I have not
had access to, since 1954 (BO KLID) due
CLOAK. ADOPT. JACTOS. 1955. CALIF, USA.
    In conclusion, I seek to discharge,
these estates, of the LEGACY of 9/9/1850,
ZORRO Diego de la Vega — to the State of CALIF
to redeem the Treaty, CALIF REP. . . as,
was my priviledge, 1956; but, that privi-
ledge was denied to me, a by violations of
JACTOS, CLOAK, ADOPT. ie, my guardians.
I believe my NAT. MOTHER will be able to
assist the court in these matters of discharge
either by complaint for, recommendation to
                            BUREAU of
PROBATE; by, INJUNCTION of Diplomatic Security.
    This lawsuit is thereby, not REMEDIED
entirely by CHALLENGE to CURRENT, and,
PROPOSED ownership of : 480 Ellis Street SF
(known; the defendants) suit, that I 6153K
SOLELY to serve The State of CALIF and
Superior Court . . in having filed it
(pg 7 & 8)          Cerwyn white Cts. de la Vega

23

NOTE = procedural assignment
Tessear. officer, b. 2/26/57
       SCW. du Rothschild
(pg.8 of 8)   Subsequent filing @ COURTHOUSE
          CGC - 07 - 464019

——————

herein —

             ccf BUREAU Diplomatic
                        Security
                  STATE DEPT USA
                  SF FIELD OFF
                  435 PINE ST.
                  SF CA  94104

and — by authority ↑ BUREAU DIPLOMATIC
        SECURITY, STATE DEPT.
  entry 2 subsequent filings
        CGC -07- 464019
  as regards: Arlington Residence
            480 Ellis Street
            SF  CA  94102
and, the legacy: Treaty 9/9/1850  CALIF
                        REP
            Diego de la Vega
                  his ESTATE,
            1@ BATH ST. Desire
  AS SUBSTANTIAL EVIDENCE
  THAT 'INJUNCTION'S' known:
favorable to a LAW... shall be filed
on my behalf... especially, as
To protect the life of an airman
                              DIEGO
scientist & HEIR to the LEGACY: de la Vega

(24)

# EXHIBIT  B

DOCUMENTS FROM THE
SAN FRANCISCO SUPERIOR COURT
SMALL CLAIMS COURT FILE

# AMENDED

| **SC-100** | Plaintiff's Claim and ORDER to Go to Small Claims Court |
|---|---|

*Clerk stamps date here when form is filed.*

SMALL CLAIMS
F I L E SMALL CLAIMS
San Francisco County Superior Court

JUN 05 2007
GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

*Clerk fills in case number and case name:*
Case Number: **821617**

Case Name: *EDWIN crs de la Vega vs. STATE DEPT USA BUREAU Diplomatic Security*

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| **Trial Date** | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| → 1. | JUL 05 2007 | 1:30 p.m. | 506 | |
| RESET 2. | JUL 25 2007 | 1:30 Am | 506 | |
| 3. | JUN 05 2007 | | | |

Date: _____   Clerk, by _____ , Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5
→

American LegalNet, Inc.
www.FormsWorkflow.com



**AMENDED**

Plaintiff *(list names)*: EOWYN v.b.b, CTS, de la Vega

Case Number: 821617

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: EOWYN v.b.b. CTS, de la Vega    4/5    Phone: ( 202 9800

Street address: 480 Ellis Street #258    San Francisco, CA 94102
　　　　　　　*Street*　　　　　　　　　　　*City*　　　　*State*　*Zip*

Mailing address *(if different)*: N/A
　　　　　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____    Phone: ( )

Street address: _____
　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

Mailing address *(if different)*: _____
　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2)** **The Defendant (the person, business, or public entity being sued) is:**

Name: BUREAU of Diplomatic Security SF FIELD OFF Phone: ( 415 705-1176
CYBB 435 PINE STREET    USA / STATE DEPT

Street address: 435 PINE STREET    SAN FRANCISCO, CA. 94104
　　　　　*Street*　　　　　　　　　　　*City*　　　*State*　　*Zip*

Mailing address *(if different)*: _____
　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____    Phone: ( )

Street address: _____
　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

Mailing address *(if different)*: _____
　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3)** **The Plaintiff claims the Defendant owes $** 7,500 U$A *. (Explain below):*

a. Why does the Defendant owe the Plaintiff money? BUREAU Diplomatic Security
IS RESPONSIBLE FOR GRAVE BODILY, EMOTIONAL HARM
CAUSED TO ME; BY ITS FAILURES TO REMEDY (SP) BORDEN

b. When did this happen? *(Date):* Dec/2005
If no specific date, give the time period: *Date started:* Dec 2005   *Through:* June 2007

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* AS THE
MOST AMOUNT ALLOWED BY SCHEDULES – SUPERIOR COURT, CA.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2007

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 2 of 5
➔
②

**AMENDED**

| Case Number: | 821617 |
|---|---|

Plaintiff *(list names):* EOWYN Cts de la Vega

**(4)** You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?  ☒ Yes  ☐ No

If no, *explain why not.* I HAVE BEEN IN-LENGTHY [REVIEW] @ Bureau Diplomatic Security AS REGARDS .CLOAK. ADOPT. JACTOS. KLEID,

**(5)** Why are you filing your claim at this courthouse?

This courthouse covers the area *(check the one that applies):*

a. ☒  (1) Where the Defendant lives or does business.

    (2) Where the Plaintiff's property was damaged.

    (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐  Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐  Other *(specify):*_____

**(6)** List the zip code of the place checked in **(5)** above *(if you know):* 94102

**(7)** Is your claim about an attorney-client fee dispute?  ☐ Yes  ☒ No  KLEID.

If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here: ☐

**(8)** Are you suing a public entity?  ☐ Yes  ☒ No  KLEID,

If yes, you must file a written claim with the entity first.  ☐ A claim was filed on *(date):*_____

If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

**(9)** Have you filed more than 12 other small claims within the last 12 months in California?

☐ Yes ☒ No  *If yes, the filing fee for this case will be higher.*

**(10)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 6/04/07  EOWYN, CTS. de la Vega  ▶ Eowyn Cts de la Vega

    *Plaintiff types or prints name here*     *Plaintiff signs here*

Date:_____  ▶

    *Second Plaintiff types or prints name here*     *Second Plaintiff signs here*



**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8.)*

Revised January 1, 2007    **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)    SC-100, Page 3 of 5  →

B

## SC-100 | Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

> 415-292-2124
> M-F, 8:30AM-Noon, 1:30PM-4:30PM

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

## SC-100     Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?**
Pregúntele al secretario si la corte le puede dar un intérprete sin costo. Si no, lleve consigo a alguien— ya sea un pariente adulto o amigo— que pueda servirle de intérprete en la corte. O pide del secretario una lista de intérpretes. (Es mejor que su intérprete no sea un testigo ni una persona que figure en este caso. (Los intérpretes en general cobran un honorario.)

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
*www.courtinfo.ca.gov/forms*

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días depués de la decisión del juez.

- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

**¿Tengo otras opciones?**
SÍ. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante** y pagar el **dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

415-292-2124
M-F, 8:30AM-Noon, 1:30PM-4:30PM

O vea "Información por condado" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Revised January 1, 2007

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

SC-100, Page 5 of 5

⑤

# SC-100

## Plaintiff's Claim and ORDER to Go to Small Claims Court

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

SMALL CLAIMS
**F I L E D**  SMALL CLAIMS
San Francisco County Superior Court

JUN 0 5 2007

GORDON PARK-LI, Clerk

BY _____
Deputy Clerk

*Fill in court name and street address:*

**Superior Court of California, County of**
SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

*Clerk fills in case number and case name:*

Case Number:  *82/6/7*

Case Name: *EDWYN CTS de la Vega vs. STATE DEPT USA, BUREAU Diplomatic Security*

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | JUL 0 5 2007 1:30 p.m. | | 506 | |
| 2. | | | | |
| 3. JUN 0 5 2007, | | | | |

Date: _____  Clerk, by _____ , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5
→

American LegalNet, Inc.
www.FormsWorkflow.com

Plaintiff *(list names):* EOWYN V.b.i.b, CTS, de la Vega

| Case Number: |
|---|
| 821617 |

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: EOWYN V.b.i.b. CTS, de la Vega    415 Phone: (203 8800

Street address: 480 Ellis Street #258    San Francisco, CA 94102
*Street*      *City*      *State*      *Zip*

Mailing address *(if different):* N/A
*Street*      *City*      *State*      *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____    Phone: (    )

Street address: _____
*Street*      *City*      *State*      *Zip*

Mailing address *(if different):* _____
*Street*      *City*      *State*      *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: BUREAU of Diplomatic Security SF FIELD OFF Phone: (415 705-1176
USA / STATE DEPT

Street address: 435 PINE STREET    SAN FRANCISCO, CA. 94104
*Street*      *City*      *State*      *Zip*

Mailing address *(if different):* _____
*Street*      *City*      *State*      *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____    Phone: (    )

Street address: _____
*Street*      *City*      *State*      *Zip*

Mailing address *(if different):* _____
*Street*      *City*      *State*      *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3) The Plaintiff claims the Defendant owes $** 7,500 U$A *. (Explain below):*

a. Why does the Defendant owe the Plaintiff money? BUREAU Diplomatic Security
is RESPONSIBLE FOR GRAVE BODILY, EMOTIONAL HARM
CAUSED TO ME, BY ITS FAILURES TO REMEDY (SP) BORDEN

b. When did this happen? *(Date):* Dec/2005
If no specific date, give the time period: *Date started:* Dec 2005 *Through:* June 2007

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* AS THE
MOST AMOUNT ALLOWED BY SCHEDULES - SUPERIOR COURT, CA.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

---

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

Plaintiff (list names): *EOWYN Cts de la Vega*

| Case Number: | 821617 |
|---|---|

(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this? ☒ Yes ☐ No

~~If no,~~ explain ~~why not:~~ *I HAVE BEEN IN-LENGTHY [REVIEW] @ BUREAU*
*Diplomatic Security AS REGARDS . CLOAK. ADOPT. JACTOS . KLEID,*

(5) Why are you filing your claim at this courthouse?
This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

(6) List the zip code of the place checked in (5) above *(if you know):* 94/02

(7) Is your claim about an attorney-client fee dispute? ☐ Yes ☒ No *KLEID.*
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

(8) Are you suing a public entity? ☐ Yes ☒ No *KLEID.*
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 6/04/07 EOWYN, CTS. de la Vega ▶ *Eowyn Cts de la Vega*
*Plaintiff types or prints name here* · · · · · · · · · · · · · *Plaintiff signs here*

Date: _____ ▶
*Second Plaintiff types or prints name here* · · · · · · *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8.)*

Revised January 1, 2007          **Plaintiff's Claim and ORDER**          SC-100, Page 3 of 5
                                 **to Go to Small Claims Court**          ➔
                                        **(Small Claims)**

## SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.



### Need help?
Your county's Small Claims Advisor can help for free.

| 415-292-2124 |
M-F, 8:30AM-Noon, 1:30PM-4:30PM

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*



## SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo bien inglés?
Pregúntele al secretario si la corte le puede dar un intérprete sin costo. Si no, lleve consigo a alguien— ya sea un pariente adulto o amigo— que pueda servirle de intérprete en la corte. O pide del secretario una lista de intérpretes. Es mejor que su intérprete no sea un testigo ni una persona que figure en este caso. (Los intérpretes en general cobran un honorario.)

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
*www.courtinfo.ca.gov/forms*

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.

- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que le ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

415-292-2124
M-F, 8:30AM-Noon, 1:30PM-4:30PM

O vea "Información por condado" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

MC-031

PLAINTIFF/PETITIONER: EOWYN, Cts, dela Vega

DEFENDANT/RESPONDENT: BUREAU Diplomatic Security

CASE NUMBER:

a (symbol) atomic

B.D.S (symbol) Bureau Diplo Security **DECLARATION** DEPT: STATE, USA

REGARDS + redundant TRANSPERENCY

(This form must be attached to another form or court paper before it can be filed in court.)

These Issues of Diplomatic Review commenced with a
BREAK. foam, mine, JACTOS 1954 a 'focus' 500 scopes,
800p, 500 windows: p 52 DISPLAY, DISTURBED. placebo
EXHIBIT issued COST-CO 3/11/06 : from SPAT. anon. (2) cards
I designed the nymp a sc, a, dart. BROWN, hive. Splenglers.
This scope, and, other relavant issues of 'broken-seals'
tehran re. 4/13/07 choke. table. coker. quarz. mine. foam-..
I AM SUBMITTING TO PROBATE - SUPERIOR COURT a
Replicating formulae ie. 'serum, pan' stem-replic. RX sickle cell
anemia; and 'serum, alles' stem-replic RX DIABETES, type 1, 2
all (a)-(c) ErBB a 2.007,., As THE BLDG WHERE I LIVE
is my INHERITANCE (Diego de la Vega, d. 1956) STOLEN from
ME by FALSE GUARDIANS - and, I AM DAILY ASSAULTED
THERE, environs T.L. SFCA. THIS SUIT prevails since
CLOAK. ADOPT. ISSUES. JACTOS, 1957, BASIS = War, Korea. I
AM LICENSED, registered @ THE HAGUE (HARVARD - Advanced
Studies) ETHICS 'H, LAW SCHOOL 1957-59: an a prodigy. Opp.
E=mc2. B.D.S, has failed to provide for me SAFETY-housing,
and, my legal adoption papers from Pentagon .MASS, 1957 v. Qus =
totgon - B, D, S, has failed to RESPOND TO LAW-SUITS IN REVIEW
Q2006 AS REGARDS my TRUE BIRTH, BUCK, PALACE, LONDON,
ENG 2/26/57; TRUE PARENTAGE S.C. W. du Rothschild;
THAT THESE LAW-SUITS WERE SMALL CLAIMS TRANSFERED
to B, D, S, by issues NOTARY PUBLIC - 10 BATH ST. desire . 2nd
One great seal of CALIF. which has been used to cause to
me 'GRAVE [THREAT] HARM. RAPE becomes an issue. I
AM A Licensed, registered Jessor. IQ, officer, LAMB =
One, BRAN since 1957, B.DS, has violated advise and
CONSENT a COURTESY, BY INSISTING TO PUT MY LIFE - IN - DANGER.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/04/07

EOWYN, Cts, dela Vega v.b.b.

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)
Eowyn, Cts, de la Vega VBB

pursuant (a)-(c) viol. THE HOURS,
and letters stolen from FAM. a scientist
by GWEN STEFAN @ Mitsubishi -
telecorpmusik - THREAT my LIFE.

Attorney for ☐ Plaintiff ☑ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]  (a)-(c) (symbol) sensitive, military copyright, a

**ATTACHED DECLARATION**

(11)

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, S.. ...ar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS:           **SMALL CLAIMS** | |
| MAILING ADDRESS:          **SUPERIOR COURT** | |
| CITY AND ZIP CODE:        **400 McALLISTER, ROOM 103** | |
| BRANCH NAME:              **SAN FRANCISCO, CALIFORNIA 94102** | |

| PLAINTIFF/PETITIONER: | |
|---|---|
| DEFENDANT/RESPONDENT: | |

| **DECLARATION** | CASE NUMBER: $821617$ |
|---|---|

REQUEST FOR JULY 5, 2007

COURT HEARING, 1:30 PM

( 4 WEEKS )

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    6-5-07

EDWIN V.B.B. C[S. DE LA VEGA          Edwin VBB Ct. de la Vega
_____       _____
(TYPE OR PRINT NAME)                   (SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

FW-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| EDWYN. OTS de la Vega v.b.b.<br>480 Ellis Street #258<br>SAN FRANCISCO, CA 94102<br>TELEPHONE NO.: (415) 202-9800  FAX NO.: N/A<br>E-MAIL ADDRESS (Optional): N/A<br>ATTORNEY FOR (Name): in propria persona | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister street rm 103
MAILING ADDRESS: " " " "
CITY AND ZIP CODE: SA-W FRANCISCO " CA 94102
BRANCH NAME: SMALL CLAIMS

PLAINTIFF/PETITIONER: EDWYN, OTS de la Vega

DEFENDANT/RESPONDENT: BUREAU Diplo See STATE DEPT

CASE NUMBER: 821617

## ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on (date): 6/04/07 ☐ A previous order was issued on (date):
2. The application was filed by (name): EDWYN/v.b.b. CTS de la Vega
3. ☐ IT IS ORDERED that the application is **granted** ☒ in whole ☐ in part (complete item 4 below).
   a. ☒ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.61, **is waived.**
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      - (1) ☒ Filing papers.
      - (2) ☐ Certification and copying.
      - (3) ☐ Issuing process and certification.
      - (4) ☐ Transmittal of papers.
      - (5) ☐ Court-appointed interpreter.
      - (6) ☐ Sheriff and marshal fees.
      - (7) ☐ Reporter's fees* (valid for 60 days).
      - (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      - (9) ☐ Other (specify code section):

      Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      - (1) ☐ Pay (specify): __ percent. (2) ☐ Pay: $ __ per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:

      | Date: | Time: | Dept.: | Div.: | Room: |
      |---|---|---|---|---|

   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:

      | Date: | Time: | Dept.: | Div.: | Room: |
      |---|---|---|---|---|

   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

| **NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.** |
|---|
| **WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.** |

Date: JUN 05 2007 _____
JUDICIAL OFFICER

☐ Clerk, by _____, Deputy

(Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rule of Court, rules 3.56.)

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

Government Code, § 68511.3;<br>
Cal. Rules of Court, rules 3.50–3.63<br>
www.courtinfo.ca.gov

Page 1 of 2

American LegalNet, Inc.<br>
www.FormsWorkflow.com

(13)

FW-003

| PLAINTIFF/PETITIONER (Name): EOWYN v.b/b,Cts.de la Vega | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): BUREAU of Diplo Secur, STATE DEPT | 821617 |

4b ☐ Application is denied in whole or in part *(specify reasons):*

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at *(place):*                                                                                                     , California,
on *(date):*

Clerk, by _____ , Deputy

## CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: JUN 05 2007    Clerk, by _____ , Deputy

**ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (Fee Waiver)**

(14)

**SC-105**   Request for Court Order and Answer
(Small Claims)

*AMENDED*

| | |
|---|---|
| | Clerk stamps date here when form is filed. |

**Request**

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**If you are the person asking the court to make an order,** ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request.*

**If you receive this form,** read below, then fill out ⑦–⑩ on page 2.

**ENDORSED**
**F I L E D**
*San Francisco County Superior Court*

**JUN 1 2 2007**

**GORDON PARK-LI, Clerk**
BY _____
**Deputy Clerk**

*Fill in court name and street address:*

**Superior Court of California, County of**
· SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., RM 103
SAN FRANCISCO, CA 94102

*Fill in your case number and case name below:*

Case Number: **82 1617**

Case Name: *Eowyn Cts de la Vega Bureau of Diplomat. Secrity an a sccent St Treaty 9/9/1850 CALIF REP.*

① **The person asking the court to make an order is:**

Name: Eowyn V.b.b, CtS de la Vega · fam.
Address: 480 Ellis Street #258
Check one: ☐ A defendant in this case   ☒ A plaintiff in this case
☐ Other (explain): an a scent St Treaty 9/9/1850 CALIF REP.

② **Notice to:** (List names and addresses of all other defendants and plaintiffs in your case.)

| Name | Address |
|---|---|
| a. Bureau of Diplomatic Security | 935 PINE ST. SF CA 94104 |
| b. Mayor's Office-One Dr. Carlton B. Goodlett Ple. SF CA 94102 |
| c. | |

SAFETY (written left margin at b.)

☐ Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.

If your request is made before the trial and after the claim was served, fill out below:

I   ☐ mailed   ☐ delivered in person   a copy of this form to <u>everyone listed in</u> ② on (date): 6/12/07

③ **I ask the court to make the following order** (specify): SAMPLE - The Mayors officers that IMMED. REMEDY be made to me/a per JUDGEMENT in my favor $7,500 USA DUE rm 103 REFUSAL TO ENTER exhibits into my FILE (due Necessity to ESTABLISH VERACITY).

☐ Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.

④ **I ask for this order because** (explain and give facts of your case here): SMALL These items - EXHIBITS - 821617 claims ARE NOW qualified: 2 DISKS, factos, TS. ADVANCED studies · fam. made. By leaving them (a) MAYOR OFFICES, SAFETY remains transparent; my LIFE (imperiled)

☐ Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct. ATTACHED DECLARATION MC-030, MC-031

Date: 6/12/07

Eowyn Vrbb. Cts. de la Vega   ▶ Eowyn Vrbb. Cts. de la Vega
*Type or print your name*          *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Request for Court Order and Answer**
(Small Claims)

SC-105, Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com →

15

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Eowyn v.b.b. CTs. de la Vega
480 Ellis Street #258
San Francisco, CA 94102

TELEPHONE NO (415) 202-9800 FAX NO. (Optional): N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (Name): in propia persona

FOR COURT USE ONLY
6/12/07
Refused
@ CLAIMS
small rm 103
(no items listed off
cc: MAYOR'S SF CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister STREET
MAILING ADDRESS: " "
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SMALL CLAIMS, rm 103

PLAINTIFF/PETITIONER: Eowyn v.b.b. CTs de la Vega
DEFENDANT/RESPONDENT: Bureau of Diplomatic Security

| SMALL CLAIMS    DECLARATION of EXHIBITS | CASE NUMBER: 821617 |
|---|---|

I am submitting these SMALL CLAIMS EX-
HIBITS, to REVIEW: Bureau of Diplomatic KLEID.
Security... as I am an a scientist; and,
in submission of these EXHIBIT items —
small claims 821617 — I am asserting
VERACITY @ San Francisco COURTHOUSE...
of the fact of my EXPERTISE. jactos. Capp.
1954 a 'focus'. foam. mere : 500 sc.
500 p.
300 window
2005; p 52 DISPLAY, DISTURBED. a, dart. BROWN.
HIVE: columna, chem-anay. PEDATOR(s) SOUGHT [INDEX]
@ SF Main Library. foam. jactos. placelio a EXHIBIT
issued COST-CO: HAGUE ARRAY (in-arrears)... signed,
12 NATIONS. 1954. jactos. f 4. mil. mere. foam.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/12/07   KLEID.

Eowyn v.b.b. CTs. de la Vega
(TYPE OR PRINT NAME)

Eowyn v.b.b. CTs de la Vega
(SIGNATURE OF DECLARANT)

Tesseor. LAMB. officer, b.
2/26/57 S.C.W.
du Rothschild

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

MC-031

PLAINTIFF/PETITIONER: EOWYN v.b.b. CTS de la Vega

DEFENDANT/RESPONDENT:

CASE NUMBER: 821617

## SMALL CLAIMS DECLARATION of EXHIBITS

(This form must be attached to another form or court paper before it can be filed in court.) rm 103

This form is attached to EXHIBIT case # 821617

1) Judgement pursuant to
   STIPULATION mcF 47 9/99

(w) (8) pgs. attachments EXHIBIT case #
   refers to CIVIL FILING      821617
   CGC-07-464019
            (and)

... TO ENJOIN

→ 2) CASE MANAGEMENT STATEMENT CM-110
   CGC-07-464019

   (w) (1) attachment
        (and)
   5 pgs. items - HABITAT a scientist
        EXHIBIT case #
            821617

3) (1) Tesseor. JACTOS.
      business card (w) (3) KINKO
                        receipts
                        attached
                        EXHIBITS
                        case #
                        821617

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/12/07

Eowyn v.b.b Crs de la Vega

(TYPE OR PRINT NAME)

JACTOS. Tesseor. LAMB.
foam, LD BATH ST.
      Desire. COB(R)

Eowyn VBB. Cts. de la Vega

(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.

## SC-105    Request for Court Order and Answer (Small Claims)

*Clerk stamps date here when form is filed.*

### Answer

The person listed in ① on page 1 of this form has asked the court to make an order in your small claims case.

Follow these steps to tell the court what you want to do about this request:
- Read page 1 to see what the person in ① is asking for.
- Fill out ⑦ – ⑩ below.
- Mail your completed form to the court right away.
- Mail a copy of this form to each plaintiff and defendant listed in ① and ② on page 1 of this form.

The court will mail its decision to all plaintiffs and defendants in this case or will make a decision at a court hearing or trial.

If you do nothing, the court may make the order without hearing from you.

**Fill in court name and street address:**

Superior Court of California, County of
SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

**Fill in your case number and case name below.**

Case Number: 821617

Case Name:

⑦ **The person filing this answer is:**

Name: _____

Address: _____

Check one:    ☐ A defendant in this case    ☐ A plaintiff in this case

⑧ **Tell the court what you want to do about this request.**
*(Check all that apply):*
- a. ☐ I agree to the order requested in ③.
- b. ☐ I do not agree to the order requested in ③. *(Explain below:)*

_____
_____
_____

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 8" on top.*

- c. ☐ I ask the court to have a hearing to decide this matter.

⑨ I mailed a copy of this form to everyone listed in ① and ② of this form on *(date):* _____

⑩ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: _____

▶ _____

*Type or print your name*     *Sign your name*

**Need help?**
For free help, contact your county's Small Claims Advisor.

415-292-2124

Or, go to "County-Specific Court Information" at
*www.courtinfo.ca.gov/selfhelp/smallclaims*

*If the request on page 1 was made after the hearing, the clerk fills out below.*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one):*
☐ A Certificate of Mailing is attached.
☑ The *Request for Court Order and Answer* was mailed first class, postage paid, to all parties at the addresses listed in ②.

On *(date):*    JUN 1 2 2007

From *(city):*    San Francisco    , California

Clerk, by    V. GONZALEZ    , Deputy

(18)

RECEIVED
JUN 1 9 2007

U.S. POSTAGE 00312
H METER2551

DO 06/15/07

PRESORTED
FIRST CLASS

BUREAU OF DIPLOMATIC SECURITY
SAN FRANCISCO FIELD OFFICE
DEPT. OF STATE - USA
435 PINE STREET
SAN FRANCISCO, CA. 94102

NIXIE    941    DE 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 94102451499    *0740-03091-15-41

E-E2551944920414

**Superior Court of California**
**County of San Francisco**
**Small Claims Division**
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

FILED
San Francisco County Superior Court

JUN 2 0 2007

GORDON PARK-LI Clerk
BY:                    Deputy Clerk

(19)

**SC-105**    Request for Court Order and Answer
(Small Claims)

*Clerk stamps date here when form is filed.*

ENDORSED
F I L E D
San Francisco County Superior Court

JUN 1 2 2007

GORDON PARK-LI, Clerk
BY _____
Deputy Clerk

## Request

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**If you are the person asking the court to make an order**, ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request.*

**If you receive this form**, read below, then fill out ⑦–⑩ on page 2.

*Fill in court name and street address:*

Superior Court of California, County of
· SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., RM 103
SAN FRANCISCO, CA 94102

*Fill in your case number and case name below:*

Case Number: 821617

Case Name: EDWYN CTS de la Vega
Bureau of Diplomat. Securit
9/9/1850 CALIF. REP.

① **The person asking the court to make an order is:**

Name: EDWYN V.b.b. CTS de la Vega · foom.
Address: 480 9Ilis Street #258
Check one: ☐ A defendant in this case  ☒ A plaintiff in this case
☐ Other (explain): on a scentst; Treaty

② **Notice to:** *(List names and addresses of all other defendants and plaintiffs in your case.)*

Name ___ Address

a. Bureau of Diplomatic Security, 435 PINE S. SF CA 94102

SAFETY (b. Mayor's Office-One Dr. Carlton B. Goodlett Ple. SF CA 94102)

c. _____

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.*

If your request is made before the trial and after the claim was served, fill out below:

I ☐ mailed ☐ delivered in person    a copy of this form to everyone listed in ② on *(date):* 6/12/07

③ **I ask the court to make the following order** *(specify):* SAMPLE - the mayor's officers

that IMMED. REMEDY be made to moia per JUDGEMENT in my favor $7,500 USA DUE rm 103 REFUSAL TO ENTER EXHIBITS into MY FILE (due Necessity to ESTABLISH VERACITY).

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.*

④ **I ask for this order because** *(explain and give facts of your case here):* SMALL

These items - EXHIBITS - 821617 claims ARE NOW qualified: 2 DISKS, factos, TS. ADVANCED STUDIES · foam. mode. By leaving them for MAYOR OFFICE, SAFETY remains transparent; my LIFE imperiled.

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.*

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct. ATTACHED DECLARATION MC-030, MC-031

Date: 6/12/07

EDWYN V.b.b.Cts. de la Vega    ▶ Eowyn V.b.b. Cts. de la Vega
*Type or print your name*    *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Request for Court Order and Answer**
(Small Claims)

SC-105, Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com



ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Eowyn v.b.b. CTS. de la Vega
480 Ellis Street #258
San Francisco, CA 94102

TELEPHONE NO. (415) 202-9800 FAX NO. (Optional): N/A
E-MAIL ADDRESS (Optional): N/A
ATTORNEY FOR (Name): in propia persona

FOR COURT USE ONLY

6/12/07

Refused
@ CLAIMS
Small rm 103
(no items listed
cc: MAYORS OFF
SF CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister STREET
MAILING ADDRESS: " " " "
CITY AND ZIP CODE: SAN FRANCISCO, CA " " 94102
BRANCH NAME: SMALL CLAIMS; rm 103

PLAINTIFF/PETITIONER: Eowyn v.b.b. CTS de la Vega
DEFENDANT/RESPONDENT: Bureau of Diplomatic Security

SMALL CLAIMS    DECLARATION of EXHIBITS

CASE NUMBER:
821617

I am submitting these SMALL CLAIMS EX-
HIBITS, to REVIEW: Bureau of Diplomatic KLEID.
Security... as I am an a scientist; and,
in submission of these EXHIBIT items —
Small claims 821617 — I am asserting
VERACITY @ San Francisco COURTHOUSE...
of the fact of my EXPERTISE. jactos. Cepp.
1954 a 'focus'. foam. mene - 500 se.
                                    500 p.
                              300 window
2005; p 52 DISPLAY, DISTURBED. a, dart. BROWN.
HIVE: columna, chem-anay. PEDATOR(s) SOUGHT [INDEX]
@ SF Main Library. foam. jactos. placelio a EXHIBIT
issued COST-CO: HAGUE ARRAY (in-arrears)... signed,
12 NATIONS. 1954. jactos. f 4. mil. mene- foam.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/12/07    KLEID.

Eowyn v.b.b. CTS.de la Vega
(TYPE OR PRINT NAME)

Eowyn v.b.b. Cts de la Vega
(SIGNATURE OF DECLARANT)

Tess eor. LAMB. officer, b.
2/26/57  S-C-W-
du Rothschild

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

**(TRACK & CONFIRM)**

**USPS.COM**

**SUPERIOR COURT OF CALIFORNIA**
SMALL CLAIMS DIVISION
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3959

CASE NUMBER S.C. _821617_

(To protect your rights, notify the court if you change your address.)

SERVICE BY RETURN RECEIPT MAIL BY THE CLERK

1. The clerk will attempt to serve your claim by certified mail, return receipt requested, restricted delivery (to be signed by addressee only) for a fee of $10.00 for each party to be served. **THIS SERVICE IS NOT GUARANTEED AND VERY UNRELIABLE, THERE ARE NO REFUNDS IF THE PARTY IS NOT SERVED.** To determine when a party is served by return receipt mail, read number 2. below.

...g your claim served. However, if you wish the clerk to attempt service by ...the form and the instructions on the reverse of this form before completing

...Y CLAIM WHICH HAS BEEN SENT RETURN RECEIPT MAIL WHEN:

...n the addressee. (See the reverse of this form, the last two lines in number

...as unclaimed or refused by addressee or undeliverable as addressed

...receipt nor the certified letter.

...party to be served. Read the reverse, numbers 1. through 4., to determine

...han the clerk of the Small Claims Division.

...ess the owner of record of real property in California resides in another state
...of process.

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE    #821617

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

3. NOTE: THE COURT WILL NOT NOTIFY YOU IF THE CLAIM HAS BEEN SERVED!!
You must call the Small Claims Office 551-3959, not less than 20 days after the mailing of your claim to learn if the defendant has been served.

4. TO THE CLERK OF THE SMALL CLAIMS DIVISION:
I have read numbers 1., 2., & 3. above and the instructions on the reverse of this form. I wish the clerk to attempt delivery of my claim as I have written below.

Dated _6/26/2007_    Signature of litigant _Ceruyn VBB Cts. de la Vega_

5. READ INSTRUCTIONS ON REVERSE BEFORE COMPLETING

Name: _____
Street: _____
City & Zip: _____

Name: _Bureau of Diplomatic Security_
Title: _San Francisco FIELD OFFICE_
Company: _USA STATE DEPT_
Street: _235 PINE STREET 9th flr._
City & Zip: _San Francisco, CA 94104_

Clerk's Certificate of Mailing Claim by Certified Mail

Fee(s) paid: $ _____ on receipt No. _____ Court Date _JUL 2 5 2007_ @ _1:30 pm_

I certify that I am not a party of this action, and that I mailed a copy of the subject claim by certified mail, restricted return receipt requested, postage prepaid, in a sealed envelope, addressed to the party's as shown above in item #5 of Form SCF 26 at San Francisco on (date) _____

GORDON PARK-LI
Clerk, Superior Court of California

by __V. GONZALEZ__ Deputy Clerk

SCF 26 07/02

(22)