1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  Assistant United States Attorney

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6855
       Fax: (415) 436-6748
6      Email: joann.swanson@usdoj.gov

7  Attorneys for Federal Defendants

8
                  UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   EOWYN, CTS. DE LA VEGA,              )    No. C 07-3619 EDL
12                                      )
                  Plaintiff,            )
13                                      )
          v.                            )    **JENNIFER TOOLE'S DECLARATION**
14                                      )    **IN SUPPORT MOTION TO DISMISS**
   BUREAU OF DIPLOMATIC SECURITY,       )
15 SAN FRANCISCO FIELD OFFICE, U.S.     )    Date: August 28, 2007
   STATE DEPARTMENT,                    )    Time: 9:00 a.m.
16                                      )    Ctrm: E, 15th Floor
                  Defendants.           )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

Jennifer Toole's Decl. In Support of Mtn to Dismiss
C 07-3619 EDL                          I

## DECLARATION OF JENNIFER TOOLE

I, Jennifer Toole, do hereby declare and state the following:

1.      I am an Attorney-Adviser for the United States Department of State's Office of the Legal Adviser, Office of International Claims and Investment Disputes, where I am responsible for reviewing tort claims submitted against the Department. I have been employed in this capacity since January of 2006, and I have been employed by the Department of State since June 2000.

2.      I have access to the various databases and files concerning administrative claims filed under the Federal Tort Claims Act, which are maintained by the Department of State in the ordinary course of business.

3.      I was asked by the United States Attorney's Office in the Northern District of California to search the available Department of State records to determine whether Edwyn de la Vega ("Plaintiff") filed any administrative claims under the Federal Tort Claims Act against the Department.

4.      I searched all available records and found that there is no evidence that Plaintiff has filed an administrative claim under the Federal Tort Claims Act.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 11th day of July, 2007 at Washington, D.C.

Jennifer Toole
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser
Office of International Claims
and Investment Disputes

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

### De La Vega v. Bureau of Diplomatic Security, et al.
### C 07-3619 EDL

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she is causing a copy of the

following:

JENNIFER TOOLE'S DECLARATION IN SUPPORT MOTION TO DISMISS

to be served this date upon the party in this action by placing a true copy thereof in a sealed

envelope, and served as follows:

X___    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

____    EMAIL

____    FACSIMILE (FAX)

to the party(ies) addressed as follows:

Eowyn v.b.b. Cts. De La Vega, Pro Se
480 Ellis Street, #258
San Francisco, CA 94102
PH: 415.202.4800

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this ___7/17/07___ at San Francisco, California.

KATHY TAT
Legal Assistant

Jennifer Toole's Decl.  In Support of Mtn to Dismiss
C 07-3619 EDL