|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | NORTHERN DISTRICT OF CALIFORNIA | |
| 9 | SAN FRANCISCO DIVISION | |

| | | |
|---|---|---|
| 10 | EOWYN, CTS. DE LA VEGA ) | No. C 07-3619 EDL |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
| 13 | BUREAU OF DIPLOMATIC SECURITY, ) SAN FRANCISCO FIELD OFFICE, U.S. ) | (Local Rule 3-12, Local Rule 7-11) |
| 14 | DEPARTMENT OF STATE, ) ) | Date: August 28, 2007 Time: 9:00 a.m. |
| 15 | ) Defendants. ) | Ctrm: E, 15th Floor |
| 16 | | |

17  The federal defendant, not having been properly named or served and appearing specially,
18  has moved to dismiss this case with prejudice on the grounds is barred by the doctrine of res
19  judicata and on the grounds that if fails to state a claim as required by Rule 12(b)(6), Fed. R. Civ.
20  Proc.
21  Having reviewed and considered the motion and the entire record, and good cause
22  appearing, the Court finds that this motion is appropriate for decision on the pleadings. The
23  Court finds that the case is dismissed with prejudice pursuant to Rules 12(b)(1) and 12(b)(6),
24  Fed. R. Civ. Proc. on the ground that it is barred by the doctrine of sovereign immunity and that
25  it fails to state a coherent claim against a federal defendant. In light of the nature of plaintiff's
26  allegations, the Court also finds that permitting plaintiff to amend her complaint will not clarify
27  her claims and the factual basis on which they rest.
28  //

(Proposed) Order of Dismissal
C 07-3619 EDL

1 |     This case is dismissed with prejudice.
2 | IT IS SO ORDERED.
3 |
4 | DATED: July ____, 2007
5 |                                           ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

(Proposed) Order of Dismissal
C 07-3619 EDL

## CERTIFICATE OF SERVICE

### De La Vega v. Bureau of Diplomatic Security, et al.
### C 07-3619 EDL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

____   EMAIL

____   FACSIMILE (FAX)

to the party(ies) addressed as follows:

Eowyn v.b.b. Cts. De La Vega, Pro Se
480 Ellis Street, #258
San Francisco, CA 94102
PH: 415.202.4800

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __7/17/07__ at San Francisco, California.

KATHY TAT
Legal Assistant

(Proposed) Order of Dismissal
C 07-3619 EDL