1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Telephone: (415) 436-7264
   Facsimile:  (415) 436-6748
6
   Attorneys for Federal Defendant
7  Bureau of Diplomatic Security,
   San Francisco Field Office,
8  U.S. Department of State

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 EOWYN, CTS. DE LA VEGA,            )
                                      )   NO. C 07-03619 EDL
13             Plaintiff,             )
                                      )
14       v.                           )   **PROOF OF SERVICE**
                                      )
15 BUREAU OF DIPLOMATIC SECURITY,     )
   SAN FRANCISCO FIELD OFFICE,        )
16 U.S. DEPARTMENT OF STATE,          )
                                      )
17             Defendant.             )
   _____)
18

       The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that on July 13, 2007 she caused a copy

of:

       Notice Of Removal filed July 13, 2007;

       Order Setting Initial Case Management Conference and ADR Deadlines filed July 13, 2007;
       Standing Order for Magistrate Judge Elizabeth D. Laporte; Standing Order re Case
       Management Conference; Standing Order For All Judges of the Northern District of
       California;

       Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To
       Proceed Before A United States Magistrate Judge; Declination to Proceed Before A
       Magistrate Judge And Request For Reassignment To A United States District Judge

PROOF OF SERVICE
*De la Vega v. Bureau of Diplomatic Security*
*C 07-03619 EDL*                1

1. ECF Registration Information Handout;
2. Welcome To The U.S. District Court, San Francisco; and Proof of Service; and
3. Proof of Service

to be served upon the person at the place and address stated below, which is the last known address:

> **Eowyn, Cts. de la Vega, Pro se**
> **480 Ellis Street #252**
> **San Francisco, California 94102**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>13th</u> day of July 2007 at San Francisco, California.


                /s/
ELSIE SATO
Paralegal Specialist