UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOWYN, CTS, DE LA VEGA<br><br>        Plaintiff,<br><br>  v.<br><br>BUREAU OF DIPLOMATIC SECURITY,<br>et al.,<br><br>        Defendants.<br>_____/ | No. C-07-03619-EDL<br><br>NOTICE REGARDING CONSENT TO<br>JURISDICTION OF UNITED STATES<br><u>MAGISTRATE JUDGE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on July 13, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendants have filed a Motion to Dismiss, which has been noticed for hearing on August 28, 2007 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than **August 3, 2007**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: July 20, 2007

                                          Richard W. Wieking, Clerk

                                          By: Lili M. Harrell, Deputy Clerk

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOWYN, CTS, DE LA VEGA | No. C 07-03619 EDL |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| BUREAU OF DIPLOMATIC SECURITY, et al., | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____   _____
Signature

Counsel for _____
(Name or party or indicate "pro se")

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOWYN, CTS, DE LA VEGA | No.  C 07-03619 EDL |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| BUREAU OF DIPLOMATIC SECURITY, et al., | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____   _____
                                                                            Signature

                                                                            Counsel for _____
                                                                            (Name or party or indicate "pro se")

3